# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00236-CR

**Jonathon M. Price, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
NO. 12-06087-1, THE HONORABLE MICKEY RAY PENNINGTON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

A jury in the justice of the peace court found appellant Jonathon M. Price guilty of failure to wear a safety belt, a class C misdemeanor, and assessed his punishment at a $25 fine. *See* Tex. Transp. Code § 545.413. Appellant appealed to the county court at law for a trial de novo. *See* Tex. Code Crim. Proc. arts. 44.17, 45.042. In the county court at law, a jury likewise found appellant guilty and this time assessed a $50 fine. Appellant attempts to appeal the county court at law judgment. The State has filed a motion to dismiss this appeal for want of jurisdiction

In a criminal case, we do not have jurisdiction over a case which has been appealed from any inferior court to the county court at law in which the fine imposed by the county court at law does not exceed $100 unless the sole issue is the constitutionality of the statute on which the conviction is based. *See id.* art. 4.03; Tex. Gov't Code § 30.00027. Here, the fine imposed in the

county court at law was only $50. In his brief, appellant raises no points of error challenging the constitutionality of the statute under which he was convicted.

Because appellant's fine does not exceed $100 and he does not challenge the constitutionality of the statute on which his conviction is based, we have no jurisdiction in this matter. We therefore grant the State's motion and dismiss this appeal for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed:   June 3, 2014

Do Not Publish